IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANN LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:14-00070-KD-M |
| | ) |
| HALE COUNTY, ALABAMA | ) |
| COMMISSION and | ) |
| ARTHUR CRAWFORD in his Individual | ) |
| and Official Capacity, | ) |
| | ) |
| Defendants.[1] | ) |

**FINAL JUDGMENT**

In accordance with the verdict of the jury entered June 8, 2016 (doc. 75-1), it is ORDERED, ADJUDGED and DECREED that JUDGMENT in the amount of $110,230.00 is entered in favor of Plaintiff Ann Langford and against Defendants Arthur Crawford in his official capacity and the Hale County Commission as damages for the violation of her pre-termination procedural due process rights brought pursuant to 42 U.S.C. § 1983.

In accordance with the order entered September 16, 2016, awarding attorney's fees, costs and expenses, it is FURTHER ORDERED, ADJUDGED and DECREED that JUDGMENT in the amount of $98,230.00 for attorney's fees and $10,267.91 for costs and expenses, for a total of $108,497.91, is entered in favor of Plaintiff and against Defendants Arthur Crawford in his official capacity and the Hale County Commission, pursuant to 42 U.S.C. § 1988.

**DONE** and **ORDERED** this the 16th day of September 2016.

                                                  s/ Kristi K. DuBose
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Hale County, Alabama was dismissed on motion for summary judgment (Doc. 56).